UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

PAMELA ANDERSON,              )
         Plaintiff,           )        CIVIL ACTION
                              )        NO. 12-10298-GAO
         v.                   )
                              )
SHAUN DONOVAN, ET AL.         )
         Defendants           )


                    MEMORANDUM AND ORDER FOR DISMISSAL

O'TOOLE, D.J.

    On February 14, 2012, Plaintiff Pamela Anderson ("Anderson") filed a self-prepared Complaint against: (1) Shaun Donovan, the Secretary of the U.S. Department of Housing and Urban Development ("HUD"); and (2) HUD. Anderson alleges employment discrimination based on race.

    On February 23, 2011, this Court issued a Memorandum and Order (Docket No. 4) denying Anderson's Motion for Leave to Proceed *in forma pauperis* without prejudice to renew within 21 days. Additionally, Anderson was directed to show cause within 35 days why her claims should not be dismissed for the reasons stated in the Memorandum and Order.

    To date, Anderson has failed to pay the $350.00 filing fee for this action, or to file a renewed Motion for Leave to Proceed *in forma pauperis*, as directed by this Court. Additionally, Anderson failed to file any response showing good cause why this action should not be dismissed, and the time period for compliance with the Court's directives has expires.

    Accordingly, for the failure to satisfy the filing fee requirements of this Court, and the failure to comply with this Court's Memorandum and Order, and, for the substantive reasons set forth in the Memorandum and Order (Docket No. 4), it is hereby Ordered that this action is

DISMISSED in its entirety.

SO ORDERED.

                                                    /s/ George A. O'Toole, Jr.
                                                    GEORGE A. O'TOOLE, JR.
                                                    UNITED STATES DISTRICT JUDGE

DATED: April 12, 2012